UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BENJAMIN BENN, <br><br> *Plaintiff*, <br><br> v. <br><br> DIANE NEAL, <br><br> *Defendant.* | Index No. 1:22-cv-00820-GTS-ATB |

**STIPULATION ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

**WHEREAS**, on April 25, 2022 Plaintiff Joseph Benjamin Benn commenced this lawsuit by filing of a Complaint against Defendant Diane Neal ("Defendant") under the caption *Joseph Benjamin Benn v. Diane Neal*, Case No. 2022-478, in the Supreme Court of the State of New York for the County of Ulster and serving a copy of same upon Defendant on July 8, 2022.

**WHEREAS**, on August 3, 2022 Defendant removed this lawsuit to the United States District Court for the Northern District of New York.

**WHEREAS** Plaintiff seeks to file his First Amended Complaint.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff may file his First Amended Complaint, a copy of which is attached hereto as **Exhibit A** without exhibits.

1

2. Defendant does not waive or release any of her defenses, claims, rights, privileges or objections, and Defendant's answer or other response shall be due forty-five (45) days after the First Amended Complaint is filed.

Dated: September 9, 2022

By:

| CULLEN AND DYKMAN LLP | BALLARD SPAHR LLP |
|---|---|
| */s/ Nicholas J. Faso* <br> Nicholas J. Faso, Esq. <br> 80 State Street, Suite 900 <br> Albany, NY 12208 <br> (518) 788-9406 <br> nfaso@cullenllp.com | */s/ Lynn B. Oberlander* <br> Lynn B. Oberlander (LO 3837) <br> 1675 Broadway, 19th Floor <br> New York, New York 10019-5820 <br> Telephone: (212) 223-0200 <br> Fax: (212) 223-1942 <br> oberlanderl@ballardspahr.com |
| *Counsel for Plaintiff Joseph Benjamin Benn* | *Counsel for Defendant Diane Neal* |

IT IS SO ORDERED:

*[signature]*

Andrew T. Baxter
U.S. Magistrate Judge

Dated: 9/12/2022
Syracuse, NY