IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BENJAMIN BENN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:22-cv-00820-GTS-ATB |
| DIANE NEAL, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of the United States Courts for the Northern District of New York, Kenneth M. Stenger hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for JOSEPH BENJAMIN BENN in the above-captioned action.

I am in good standing of the bar of the State of New York and there are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any Court. I have attached the Petition for Admission pursuant to Local Rule 83.1(a)(1).

Dated: August 23, 2022

Respectfully Submitted,

_/s/ Kenneth M. Stenger_
Kenneth M. Stenger, Esq.
Stenger, Diamond & Glass, LLP
1136 Route 9
Wappingers Falls, NY 12590
(845) 298-2000
kstenger@sdglaw.com

1

TO:   Lynn B. Oberlander, Esq.
      Ballard Spahr LLP
      *Attorneys for Defendant*
      1675 Broadway, 19th Floor
      New York, NY 10019-5820
      (646) 346-8011
      oberlanderl@ballardspahr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system and that the below listed counsel for Defendant Diane Neal was noticed through the CM/ECF system:

Lynn Oberlander
Ballard Spahr LLP
1675 Broadway
Ste 19th Floor
New York, NY 10019-5820
646-346-8011
Fax: 212-223-1942
Email: oberlanderl@ballardspahr.com

/s/ *Nicholas J. Faso*
Attorneys for Plaintiff