Cullen and Dykman LLP
80 State Street, Suite 900
Albany, New York 12207
T: 518.788.9440 | F: 518.689.9519

**NICHOLAS J. FASO**
**PARTNER**
DIRECT: (518) 788-4416
NFASO@CULLENLLP.COM

November 11, 2022

**VIA ECF**
Hon. Glenn T. Suddaby
U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

    Re:    *Benn v. Neal*, Case No. 1:22-cv-00820-GTS-ATB

Dear Judge Suddaby:

    We represent Plaintiff Joseph Benjamin Benn in this action against Defendant Diane Neal. Currently pending before the Court is Defendant's motion to dismiss (ECF No. 19). With Defendant's consent, Plaintiff writes to respectfully request that the Court extend Plaintiff's time to respond to the motion to December 2, 2022, and Defendant's time to serve a reply to December 16, 2022.

    If the foregoing schedule meets with the Court's approval, please so-order this correspondence and upload it to ECF. We are available at the Court's convenience should it require any additional information.

Respectfully submitted,

/s/ *Nicholas J. Faso*

cc:    All counsel of record via ECF.